UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL BURNBAUM,

        Plaintiff,

                                  Case No. 2:11-cv-2230

v.

COLLECTCORP CORPORATION,

        Defendant.

## NOTICE OF PENDING SETTLEMENT

    Defendant, Collectcorp Corporation, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                  Respectfully submitted,

                                  /s/ Aaron R. Easley
                                  Aaron R. Easley, Esq. (026151994)
                                  SESSIONS, FISHMAN, NATHAN, & ISRAEL, L.L.C.
                                  200 Route 31 North, Suite 203
                                  Flemington, NJ  08822-5736
                                  Telephone:   (908) 751-5797
                                  Facsimile:    (908) 751-5944
                                  aeasley@sessions-law.biz
                                  Attorneys for Defendant,
                                  Collectcorp Corporation

## CERTIFICATE OF SERVICE

I certify that on this 24th day of May 2011, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Andrew I. Glenn, Esq.
2501 Hollywood Boulevard, Suite 100
Hollywood, FL  33020

_____
Attorney